AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

21 U.S.C. § 844(a)(Possession of a Controlled Substance) (Class A Misdemeanor); 18 U.S.C. § 13, assimilating Cal. Health & Safety Code § 11364(a)(Possession of Drug Paraphernalia)(Class B Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Maximum Prison Term of One Year
Maximum Fine of $100,000
Mandatory Minimum Fine of $1,000
Maximum Supervised Release Term of One Year
Special Assessment of $25

**DEFENDANT - U.S**

▶ NICK J. WHITAKER

DISTRICT COURT NUMBER

CR 08 — 0184 MAG

**DEFENDANT**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

United States Park Police, Department of Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. ATTORNEY  ☐ DEFENSE   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant   } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WENDY M. THOMAS

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,        ) No.
                                      )
13 |                                  ) VIOLATIONS: Title 21, United States Code
        Plaintiff,                    ) Section 844(a) - Possession of a Controlled
14 |                                  ) Substance (Class A Misdemeanor); Title 18,
                                      ) United States Code Section 13, Assimilating
15 |    v.                            ) California Health and Safety Code Section
                                      ) 11364(a) - Possession of Paraphernalia for
16 |                                  ) Smoking Controlled Substance (Class B
   | NICK J. WHITAKER,                ) Misdemeanor)
17 |                                  )
        Defendant.                    )
18 |_____ ) SAN FRANCISCO VENUE
19
20
21                    INFORMATION
22 The United States Attorney charges:
23 COUNT ONE: 21 U.S.C. § 844(a) - Possession of a Controlled Substance
24    On or about August 26, 2007, in the Northern District of California, the defendant,
25                        NICK J. WHITAKER,
26 did knowingly and intentionally possess a controlled substance, to wit: lysergic acid diethylamide
27 (LSD), in violation of Title 21, United States Code, Section 844(a), a Class A Misdemeanor.
28 //

INFORMATION

1  COUNT TWO: 18 U.S.C. § 13, assimilating California Health and Safety Code § 11364(a) -
            Possession of Paraphernalia for Smoking Controlled Substance
2

3  On or about August 26, 2007, in the Northern District of California, within the boundaries of

4  an area under the exclusive jurisdiction of the United States and administered by the Presidio

5  Trust, the defendant,

6                                   NICK J. WHITAKER,

7  did possess a device, contrivance, instrument, and paraphernalia used for unlawfully ingesting

8  and smoking a controlled substance, to wit: a pipe used for smoking cocaine base, in violation of

9  Title 18, United States Code, Section 13, assimilating California Health and Safety Code §

10 11364(a), a Class B Misdemeanor.

12 DATED: March 24, 2008                          JOSEPH P. RUSSONIELLO
                                                  United States Attorney

                                                  KYLE F. WALDINGER
                                                  Deputy Chief, Major Crimes Section

17 (Approved as to form: _____)
                         WENDY THOMAS
18                       Special Assistant United States Attorney

INFORMATION