JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6809
    Fax:    (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-0184 MAG |
|     Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| NICK J. WHITAKER, ) | |
|     Defendant. ) | |

    Based on the facts set forth in the Declaration of Timothy O'Connell in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Nick J. Whitaker, 101 Hyde Street, San Francisco, California 94102. The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

                      Respectfully submitted,

                      JOSEPH P. RUSSONIELLO
                      United States Attorney

Dated: __4/03/2008__                      /s/
                                        WENDY THOMAS
                                        Special Assistant United States Attorney