JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 08-0184 MAG |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER FOR SUMMONS** |
| NICK J. WHITAKER, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Timothy O'Connell, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Nick J. Whitaker, 101 Hyde Street, San Francisco, California 94102, to appear on May 7, 2008 at 9:30 a.m. before Magistrate Judge Edward M. Chen to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____

JAMES A. LARSON
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0184 MAG