1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

8               UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,           )  Case No. CR 08-0184 MAG
12 |         Plaintiff,                  )
13 |   v.                                )  [PROPOSED] ORDER FOR SUMMONS
14 | NICK J. WHITAKER,                   )
15 |         Defendant.                  )

Having reviewed the Declaration of Timothy O'Connell, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Nick J. Whitaker, 101 Hyde Street, San Francisco, California 94102, to appear on May 7, 2008 at 9:30 a.m. before Magistrate Judge Edward M. Chen to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: April 4, 2008
_____

IT IS SO ORDERED
Judge James Larson

ORDER FOR SUMMONS
Case No. CR 08-0184 MAG