1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone:       (415) 436-6809
7  Fax:             (415) 436-7234
   Email: wendy.thomas@usdoj.gov
8
   Attorneys for the United States of America
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-0184 MAG |
| Plaintiff, ) | |
| v. ) | **SECOND MOTION FOR SUMMONS** |
| NICK J. WHITAKER, ) | |
| Defendant. ) | |

   Based on the facts set forth in the Declaration of Timothy O'Connell in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Nick J. Whitaker, 101 Hyde Street, San Francisco, California 94102. The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

                                   Respectfully submitted,

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney


Dated: _5/07/2008_____          _____/s/_____
                                        WENDY THOMAS
                                        Special Assistant United States Attorney

MOTION FOR SUMMONS
Case No. CR 08-0184 MAG