JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6809
    Fax:    (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-0184 MAG |
|     Plaintiff, ) | |
| v. ) | **DECLARATION OF TIMOTHY O'CONNELL IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| NICK J. WHITAKER, ) | |
|     Defendant. ) | |

I, Timothy O'Connell, hereby declare as follows:

1. I am a law clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from United States Park Police Officers employed by the Department of the Interior and from reports and other documents provided to me by the National Park Service.

2. On August 26, 2007, at approximately 12:34 p.m. United States Park Police Officer Halvorson ("Officer Halvorson") smelled the odor of burnt marijuana while on foot patrol near Battery Black Point, Fort Mason, in the Northern District of California.

3. Officer Halvorson saw a male subject, later identified as the defendant, Nick J. Whitaker

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 08-0184 MAG

("Whitaker" or "the defendant"). Officer Halvorson asked Whitaker if he had been smoking marijuana. Whitaker stated that he had not but that another person had been smoking marijuana and left the area. Whitaker was the only person Officer Halvorson observed in the area.

4. Officer Halvorson observed that Whitaker appeared to be clutching a box with both his hands in a large, front sweatshirt pocket. Officer Halvorson asked again if the defendant had been smoking marijuana, and Whitaker replied, "No, I was smoking crack."

5. Pursuant to the admission that the defendant was smoking crack, the suspicious clutching of a box in the sweatshirt pocket and the smell of burnt marijuana, Officer Halvorson detained Whitaker and searched his person.

6. In Whitaker's front sweatshit pocket, Officer Halvorson found a clear plastic bag containing ten 2.5" x .25" strips of white paper and a glass stem pipe containing suspected narcotics residue. Identification Technician Rawles arrived on scene to assist Officer Halvorson.

7. Officer Halvorson asked Whitaker what the white strips of paper were, and Whitaker stated "I don't know." Officer Halvorson then informed the defendant that he would be testing the paper for Lysergic Acid Diethylamide ("LSD"). Officer Halvorson asked Whitaker a second time what the white strips of paper were, and Whitaker replied that they were "LSD."

8. Officer Halvorson placed Whitaker under arrest for violating Title 21 of the United States Code Section 844 for possession of LSD. Officer Halvorson transported Whitaker to the 1217 Ralston Avenue police station.

9. Officer Halvorson tested a portion of the suspected LSD using NIK test D. The test returned a presumptive positive result.

10. On October 16, 2007, the DEA's Western Regional Lab tested the suspected LSD taken from Whitaker. The result was positive for the presence of LSD.

//
//
//
//
//

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 08-0184 MAG

1  11. I declare under penalty of perjury according to the laws of the United States that the
2  foregoing is true and correct to the best of my knowledge and belief.
3
4  Executed May 7, 2008 at San Francisco, California.

                                                /s/
                                     TIMOTHY A. O'CONNELL
                                     Law Clerk
                                     United States Attorney's Office